# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY KNOWLES, as an individual, and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED DEBT HOLDINGS, LLC, a Delaware Limited Liability Company, NATIONWIDE SERVICES, a New York Corporation, HARTFORD MEDIATION GROUP, a New Partnership, and PAYMENT MANAGEMENT SOLUTIONS, INC., a New York Corporation, and DOES 1 through 500, inclusive,<br><br>Defendants. | **Case No. 1:14-cv-01815-AWI-GSA**<br><br>**ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Doc. 8) |

    Based on the parties' stipulation (ECF No. 8), the Court grants Defendant United Debt Holdings, LLC ("Defendant") an extension of time to respond to the Complaint filed in this action. Specifically, Defendant shall respond to the Complaint on or before February 6, 2015.

IT IS SO ORDERED.

    Dated: **January 20, 2015**     **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE